**Melvin RALLINGS, Appellant,**

v.

**Alene HOLLINGSHED, Respondent.**

No. 49403.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 22, 1985.

Daniel R. Devereaux, St. Louis, for appellant.

Samuel T. Vandover, St. Louis, for respondent.

### ORDER

PER CURIAM.

Plaintiff brought this action to recover damages for personal injuries he allegedly sustained in an automobile accident. From a jury verdict and judgment for defendant he appeals, alleging that the comparative negligence instruction tendered by defendant and submitted by the court was not supported by the evidence. An extended opinion would be of no precedential value, and the judgment is affirmed pursuant to Rule 84.16(b).

---

**Johnnie R. ANDERSON,
Plaintiff-Appellant,**

v.

**ST. LOUIS CAR COMPANY, et al.,
Defendants-Respondents.**

No. 49537.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 22, 1985.

Harry J. Nichols, St. Louis, for plaintiff-appellant.

Edward Warner, Adrian DeYong, St. Louis, for defendants-respondents.

### ORDER

PER CURIAM.

The award of the Labor and Industrial Relations Commission in favor of St. Louis Car Company is supported by competent and substantial evidence. The judgment is affirmed in compliance with Rule 84.16(b).